IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02710-REB-MEH

NATHAN M. MCGRAW,

    Plaintiff,

v.

LOS ARCOS MEXICAN RESTAURANT, INC., a Colorado corporation,
REAR INN LOUNGE, INC., a Colorado corporation,
LEUVANO IGNACIO LIVING TRUST, and
LEUVANO ADELLA LIVING TRUST,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 17, 2009.**

    Plaintiff's Motion to Stike [sic] Answer to Complaint by Defendant, Rear Inn Lounge [filed March 12, 2009; docket #18] is **granted**. Corporations may appear in federal court only through a licensed attorney. *Amoco Prod. Co. v. Aspen Group*, 25 F. Supp.2d 1162, 1166 (D. Colo. 1998) (citing *Osborn v. Bank of United States*, 22 U.S. (9 Wheat.) 738, 829 (1824)). The "Answer to Complaint" filed by Rear Inn Lounge on January 5, 2009 was filed by its Registered Agent, Thomas Barton. *See* docket #7. Because Mr. Barton is not representing Rear Inn Lounge as its attorney, the Answer must be stricken. *See Amoco Prod. Co.*, 25 F. Supp.2d at 1166 (striking an answer filed by individual trustees on behalf of a trust).

    Therefore, the "Answer to Complaint" filed by Rear Inn Lounge [filed January 5, 2009; docket #7] is **stricken**. However, Rear Inn Lounge may retain counsel and file an answer to the Complaint in this matter, in compliance with federal and local rules, **on or before April 14, 2009**.