**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  08-cv-02710-REB-MEH

NATHAM M. McGRAW, individually,

     Plaintiff,

v.

LOS ARCOS MEXICAN RESTAURANT, INC., a Colorado corporation,
REAR INN LOUNGE, INC., a Colorado corporation,
LUEVANO IGNACIO LIVING TRUST, and
LUEVANO ADELLA LIVING TRUST,

     Defendants.

## ORDER DISMISSING A PARTY

**Blackburn, J.**

The matter before me is the **Stipulation for Dismissal with Prejudice of Defendant Los Arcos Mexican Restaurant, Inc. Only** [#54] filed January 18, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that the plaintiff's claims against defendant, Los Arcos Mexican Restaurant, Inc., should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal with Prejudice of Defendant Los Arcos Mexican Restaurant, Inc. Only** [#54] filed January 18, 2010, is **APPROVED**;

2. That plaintiff's claims against defendant, Los Arcos Mexican Restaurant, Inc., are **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs; and

3. That defendant, Los Arcos Mexican Restaurant, Inc., is **DROPPED** as a party

to this action, and the caption shall be amended accordingly.

      Dated January 19, 2010, at Denver, Colorado.

                                  BY THE COURT:

                                  */s/ Robert E. Blackburn*
                                  Robert E. Blackburn
                                  United States District Judge