**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  08-cv-02710-REB-MEH

NATHAM M. McGRAW, individually,

    Plaintiff,

v.

LOS ARCOS MEXICAN RESTAURANT, INC., a Colorado corporation,
REAR INN LOUNGE, INC., a Colorado corporation,
LUEVANO IGNACIO LIVING TRUST, and
LUEVANO ADELLA LIVING TRUST,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter before me is **Plaintiff's Second Motion For Administrative Closure** [#58] filed February 2, 2010.  After careful review of the motion and the file, I conclude that the motion should be granted.  Any party may seek to re-open this case on a showing of good cause.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Second Motion For Administrative Closure** [#58] filed February 2, 2010, is **GRANTED**;

2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated February 2, 2010, at Denver, Colorado.

                                      BY THE COURT:

                                      */s/ Robert E. Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge